O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> FARMERS INSURANCE COMPANY, INC.; MID-CENTURY INSURANCE COMPANY; et al., <br><br> Defendants. | Case No. CV 12-01068 DDP (JCx) <br><br> **ORDER DENYING DEFENDANTS' MOTION FOR ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT** <br><br> [Dkt. No. 105] |

Presently before the Court is Defendants' Motion for Order Deeming Plaintiff Derrick Howard a Vexatious Litigant. (Dkt. No. 105.) The Motion was opposed. (Dkt. Nos. 115, 116, 117.)

District courts have the inherent power and discretion to enter orders deeming a party a "vexatious litigant." See Molski v. Evergreen Dynasty Corp., 500 F.3d 1047, 1056-57 (9th Cir. 2007). This is considered "an extreme remedy that should rarely be used" because "such sanctions can tread on a litigant's due process right of access to the courts." Id. at 1057. To balance the concerns of due process against potential abuse of the judicial process, courts examine four factors: (1) notice and opportunity to be heard by the

potentially vexatious litigant; (2) creation of an adequate record to review; (3) substantive findings by the district court of the "frivolous or harassing nature of the plaintiff's litigation"; and (4) narrow tailoring of any vexatious litigant order.  Id.

　　　Here, the Court declines to exercise its discretion and name Plaintiff a vexatious litigant.  Most importantly here, the Court cannot determine that this suit — or any of the other alleged suits — are "frivolous or harassing."  This is a merits question, and it does not appear that the merits of this suit, rather than procedural or other non-substantive issues, have been addressed by a court with jurisdiction.  Therefore, Defendants' Motion is DENIED.

IT IS SO ORDERED.


Dated: February 25, 2016

　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge